PEOPLE v SHEPHERD. Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 January 25, 1972, at Grand Rapids. (Docket No. 12200.) Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Gerard A. Poehlman*, Assistant Prosecuting Attorney, for the people.

*George Stone*, for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION. Defendant was convicted of breaking and entering a business place with intent to commit larceny therein, and he appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.

PEOPLE v RILEY. Appeal from Recorder's Court of Detroit, Robert E. DeMascio, J. Submitted Division 1 February 1, 1972, at Grand Rapids. (Docket No. 12207.) Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Robert A. Reuther*, Assistant Prosecuting Attorney, for the people.

*Michael J. Reilly*, for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of manslaughter and appeals. A motion to affirm has been filed by the people.

Upon examination of the briefs and record it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.